# United States District Court

| SOUTHERN | DISTRICT OF | NEW YORK |

2006 AUG 14 A 9:31

ORIX FINANCIAL SERVICES, INC formerly known as ORIX CREDIT ALLIANCE, INC.

v.

ROBERT LEWIS MCVEY
d/b/a MCVEY LOGGING

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number: 05 CV 7796 (RJH)

2:06mc3333-WKW

I, _____ J. MICHAEL MCMAHON _____, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on _____ June 6, 2006 _____, as it appears in the records of this court, and that
*Date*

\* no notice of appeal has been filed, and no motion of any kind listed in Rule 4(A) of the Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on

July 27, 2006
*Date*

J. Michael McMahon
Clerk

(By) Deputy Clerk

---

\* Insert the appropriate language: ... "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ... "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure [*] have been disposed of, the latest order disposing of such a motion having been entered on [date]." ... "an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." ... "an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[*Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 13
DATE FILED: 6/19/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
ORIX FINANCIAL SERVICES, INC.
formerly known as
ORIX CREDIT ALLIANCE, INC.

                       Plaintiff,        DEFAULT JUDGMENT
   - against -                05 CV 7796 (RJH)

ROBERT LEWIS MCVEY
d/b/a MCVEY LOGGING

                  Defendant.
----------------------------------x

This action was commenced by the filing of a Complaint and the issuance of a Summons on September 6, 2005, a copy of said Summons and Complaint having been served upon the defendant ROBERT LEWIS MCVEY d/b/a MCVEY LOGGING on September 29, 2005, by personal service upon Carol Nicholas, an officer of C-A Credit Corp., defendant's designated agent for service of process in New York under the terms of documents executed by the defendant and referred and exhibited in the Complaint and proof of such service having been filed in the Office of the Clerk of the Court on or about October 14, 2005 and the said Defendant ROBERT LEWIS MCVEY d/b/a MCVEY LOGGING having failed to file and serve an answer, a motion or otherwise appear in this action, and upon plaintiff's Affidavit in Support of its Motion for Default Judgment, exhibits annexed hereto, made and sworn to by Yvonne Kalpakoff, an officer of Plaintiff, with personal knowledge of the facts relating to plaintiff's claims herein; an Affirmation in Support of Plaintiff's Motion for Default Judgement of William M. Stein, Esq, a member of the firm of Stein & Stein, attorneys for the Plaintiff; a Statement of the amount of plaintiff's damages; and

a Clerk's Certificate noting said defendant's default in the pleadings, all of which are submitted herewith,

NOW, on motion of William M. Stein, attorney for the plaintiff, it is

**ORDERED and ADJUDGED:**

That the Plaintiff, ORIX FINANCIAL SERVICES, INC., formerly known as ORIX CREDIT ALLIANCE, INC., have judgment against the Defendant, ROBERT LEWIS MCVEY d/b/a MCVEY LOGGING in the liquidated total amount of $262,787.48 plus default interest at the rate of 1/15th of 1% per diem as provided for in Notes 1, 2 and 3, from June 29, 2000 to ~~November 8, 2005~~ June 6, 2006, in the aggregate amount of ~~$311,046.78~~ $349,063.01 plus attorneys' fees (to which plaintiff is entitled pursuant to the terms of the aforesaid Notes in the amount of $52,557.50, for a total amount of ~~$626,391.76~~ $664,407.99.

Dated: New York, New York
6/6/2006 ~~2005~~

_____
U.S.D.J.

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 6/21/06

ECF
DOCUMENT
I hereby attest and certify that this is a printed copy of a document that was electronically filed with the United States District Court for the Southern District of New York.
Date Filed: 6/19/06
J. MICHAEL McMAHON, CLERK
By: _____